# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

UNITED STATES OF AMERICA                      RESPONDENT

v.                           No. 4:11-cr-40037-027

GARY KENDRICKS                          MOVANT

## ORDER

     Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF Nos. 1688 and 1721. The Court has reviewed the Motion and finds the Government should respond.

     **IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

     **ENTERED** this **22nd day of June 2016.**

                                               /s/ Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE