IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                         RESPONDENT

v.                                            No. 4:11-CR-40037-27

GARY KENDRICKS                                                                          MOVANT

## ORDER

On August 8, 2016 this matter was stayed pending the decision of the United States Supreme Court in *Beckles v. United States.* ECF No. 1745. Further, the Court ordered that within twenty (20) days of the Supreme Court issuing a ruling in *Beckles*, both parties were directed to file a brief addressing the applicability of *Beckles* to this matter. The Supreme Court issued their ruling on March 6, 2017. However, this Court now extends the time for filing of additional briefing or motions until April 24, 2017.

**DATED** this 23rd **day of March 2017.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE